

U.S. Department of Justice

Jessie K. Liu
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

**By Email**

May 31, 2019

Honorable Emmet G. Sullivan
District Judge
United States District Court
District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

    Re:    United States v. Pitts, Crim. No. 19-49 (EGS)

Dear Judge Sullivan:

    On May 23, 2019, we wrote to you regarding this matter. Today, although the Department is still reviewing this matter, we write to correct statements AUSA Nurudeen Elias made to the Court that we have learned were false.

    After reviewing the record and undertaking further inquiry into the matter, we have determined that, during the April 9, 2019 Status Hearing, AUSA Elias made misrepresentations to the Court regarding the status of the drug analysis in this matter and his purported communications with D.C. Department of Department of Forensic Services (DFS) employees about that topic. Additionally, in the government's Motion to Dismiss [Document No. 22], AUSA Elias reiterated misrepresentations made during the status hearing and mischaracterized DFS's efforts to comply with this Court's order.

    Specifically, AUSA Elias represented that he had communicated with DFS employees regarding the Court's March 28, 2019 Order requiring that the drug analysis in this case be produced by April 8, 2019 (the "Order"). AUSA Elias further claimed that DFS was attempting to comply with the Order but could not produce the report as mandated because of a purported "backlog" and a failure to transfer the drug evidence to the laboratory. In the government's Motion to Dismiss, AUSA Elias also made misrepresentations regarding purported "confusion and backlog" at DFS.

AUSA Elias' representations were false, and during the pendency of this case, he failed to correct the record with the Court. AUSA Elias has admitted that he never communicated with DFS regarding the Order. Additionally, the government has no information to suggest that DFS had a "backlog" at the time AUSA Elias made that representation to the Court. For the Court's convenience, we have attached copies of the transcript of the April 9, 2019 Status Hearing and the government's motion to dismiss. The Court dismissed this case with prejudice on May 14, 2019.

We have referred this matter to the Department of Justice's Office of Professional Responsibility.

Please contact us if you have any questions.

Sincerely,

T. Patrick Martin
Chief, Criminal Division

John Crabb Jr.
Deputy Chief, Criminal Division

Enclos.

cc: Joanne D. Slaight, Esq.